UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
*Electronically Filed*

| | |
|---|---|
| RYAN CURTIS, as Administrator of the Estates of Karin G. Curtis and Jay Curtis </br></br>PLAINTIFF </br></br>v.</br></br>GUARDIAN a.k.a. GUARDIAN LIFE INSURANCE COMPANY</br></br>DEFENDANT | CIVIL ACTION NO. 4:22-CV-3-JHM |

## NOTICE OF REMOVAL

Defendant, The Guardian Life Insurance Company of America, incorrectly identified in the caption of the Complaint as "Guardian a.k.a. Guardian Life Insurance Company," by counsel, hereby files this Notice of Removal to the United States District Court for the Western District of Kentucky, Owensboro Division, stating as follows:

1. On December 3, 2021, the Complaint in Case No. 21-CI-00691 was filed in the Henderson Circuit Court by Plaintiff against Guardian. While Defendant disputes that service was sufficient, the Summons and Complaint were received by Guardian via a Post Office box or boxes in Lexington, Kentucky, on December 8, 2021. The Summons and Complaint, copies of which are appended hereto, constitute all process, pleadings and orders received by Defendant to date in this action.

2. The action is of a civil nature, involving a claim for benefits pursuant to an employee welfare benefit plan, specifically a life insurance plan established by Plaintiff's

decedent's former employer, OnTime Heating & AC Inc., and funded by a group insurance policy issued by Guardian [*see* Complaint ¶¶ 9-11].

3. This Court has original federal question jurisdiction over the action pursuant to 28 U.S.C. § 1331 inasmuch as the Complaint asserts a claim for benefits under an employee benefit plan established under and governed by the Employee Retirement Income Security Act of 1974, ("ERISA"), 29 U.S.C. §1001, *et seq*.

4. ERISA preempts state law causes of action and provides the exclusive federal remedies for the resolution of claim for benefits by employee benefit plan participants and beneficiaries. *See* ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B); *Pilot Life Ins. Co. v. Dedeaux*, 481 U.S. 41 (1987).

5. Section 502(3) of ERISA, 29 U.S.C. § 1132(e), confers original jurisdiction upon the district courts of the United States over claims initiated by participants or beneficiaries to recover benefits due or to enforce rights under employee benefit plans subject to ERISA.

6. Thus, Plaintiff's Complaint is an action of a civil nature founded upon a claim of right arising under the laws of the United States over which the district court of the United States is given original jurisdiction pursuant to 28 U.S.C. § 1331 and is therefore removable to this Court pursuant to the provisions of 28 U.S.C. §§ 1441(a) and (b). *See Metro. Life Ins. Co. v. Taylor*, 481 U.S. 58 (1987). Such a claim is properly removable even if the defense of ERISA preemption does not appear on the face of the Complaint. *Id.*

7. Defendant has filed no pleadings in this action and this Notice of Removal is filed within thirty (30) days after the receipt by it of copies of the Summons and Complaint in this action.

WHEREFORE, Defendant, The Guardian Life Insurance Company of America, hereby gives notice of this removal from the Henderson Circuit Court to the United States District Court for the Western District of Kentucky, Owensboro Division.

                                             s/ *Michelle Turner*
                                             Michelle Turner
                                             Attorney for Defendant, The Guardian Life
                                             Insurance Company of America
                                             TURNER, KEAL & BUTTON, PLLC
                                             10624 Meeting St., #101
                                             Prospect, KY  40059
                                             Phone:  (502) 426-5110
                                             Fax:  (502) 426-5119
                                             E-mail:  mturner@turnerkeal.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Austin P. Vowels        austinvowels@vowelslaw.com

                                             s/ *Michelle Turner*
                                             Michelle Turner
                                             Attorney for Defendant
                                             TURNER, KEAL & BUTTON, PLLC
                                             10624 Meeting St., #101
                                             Prospect, KY  40059
                                             Phone:  (502) 426-5110
                                             Fax:  (502) 426-5119
                                             E-mail:  mturner@turnerkeal.com