UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
*Electronically Filed*

| | | |
|---|---|---|
| RYAN CURTIS, as Administrator of the Estates of Karin G. Curtis and Jay Curtis | ) ) ) ) | |
| PLAINTIFF | ) ) | CIVIL ACTION NO. 4:22-CV-3-JHM |
| v. | ) ) | |
| GUARDIAN a.k.a. GUARDIAN LIFE INSURANCE COMPANY | ) ) ) | |
| DEFENDANT | ) | |

**<u>AGREED ORDER</u>**

The parties having agreed to settle this matter and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the action is dismissed, with prejudice, each party to bear

its own costs.

*Joseph H. McKinley*

Joseph H. McKinley Jr., Senior Judge

United States District Court

March 29, 2022

Agreed to by:

s/ *Austin P. Vowels* (with permission)
Attorney for Plaintiff, Ryan Curtis
Vowels Law PLC
126 N. Main St.
P.O. Box 2082
Henderson, KY 42419-2082
Phone: (270) 831-0805
E-mail: austinvowels@vowelslaw.com

s/ *Michelle Turner*
Attorney for Defendant, The Guardian Life
Insurance Company of America
TURNER, KEAL & BUTTON PLLC
10624 Meeting St. #101
Prospect, KY 40059
Phone: (502) 426-5110
Fax: (502) 426-5119
E-mail: mturner@turnerkeal.com